IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50697
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE HUGO MUNOZ-HERNANDEZ, also known as
Jose Hugo Sanchez-Vasquez,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-01-CR-162-1
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Bryan P. Cartall, counsel appointed to represent Jose Hugo

Munoz-Hernandez, has filed a motion for leave to withdraw and has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967).  Munoz-Hernandez has not filed a response.  Our

independent review of the brief and the record discloses no

nonfrivolous issue in this direct appeal.  Accordingly, the

motion for leave to withdraw is GRANTED, counsel is excused from

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.

<u>See</u> 5TH CIR. R. 42.2.